No. 88–1640.   MICHIGAN CITIZENS FOR AN INDEPENDENT PRESS ET AL. *v.* THORNBURGH, ATTORNEY GENERAL OF THE UNITED STATES, ET AL.   C. A. D. C. Cir.   [Certiorari granted, 490 U. S. 1045.]   Motion of respondent Detroit Free Press for reconsideration of the order denying the motion of divided argument [492 U. S. 936] denied.   JUSTICE WHITE took no part in the consideration or decision of this motion.

No. 88–1668.   ATLANTIC RICHFIELD CO. *v.* USA PETROLEUM CO.   C. A. 9th Cir.   [Certiorari granted, 490 U. S. 1097.]   Motion of Society of Independent Gasoline Marketers of America for leave to file a brief as *amicus curiae* granted.

No. 88–1775.   PEEL *v.* ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION OF ILLINOIS.   Sup. Ct. Ill.   [Certiorari granted, 492 U. S. 917.]   Motion of National Board of Trial Advocacy for leave to file a brief as *amicus curiae* granted.   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 89–152.   ENGLISH *v.* GENERAL ELECTRIC CO.   C. A. 4th Cir.; and

No. 89–266.   PORTLAND GENERAL ELECTRIC CO. *v.* MONTANA DEPARTMENT OF REVENUE ET AL.   Sup. Ct. Mont.   The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 89–400.   LUCAS ET AL. *v.* TOWNSEND, PRESIDENT OF THE BIBB COUNTY BOARD OF EDUCATION, ET AL.   Appeal from D. C. M. D. Ga.   Motion of appellees to expedite consideration of the appeal denied.

No. 89–5542.   IN RE WILSON.   Petition for writ of habeas corpus denied.

No. 89–5318.   IN RE JORGENSON;
No. 89–5409.   IN RE OGDEN; and
No. 89–5411.   IN RE SOBAMOWO.   Petitions for writs of mandamus and/or prohibition denied.

No. 89–5404.   IN RE PALMER.   Petition for writ of prohibition denied.